**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| JANICE AINSWORTH, QUINETTA BELL, LESLIE BOWER, YOLANDO BRADFORD, DAVID BROWN, MICHELE CAIN, MARK CAMPLESE, CHRIS CASSIL, JESSICA CONN, CARRA CONNERS, LEW DIGGS, MICHELLE DURDEN, ROBERT GRAY, HEBATULLAH ISSA, JUDY KISLING JENNIFER MARINO, JEREMY MEYER, ANTHONY MCGINTY, JERMISE MEDINA, AMOGH RAJAN, DAVID RAMIREZ, SHANNON ROBERTSON, DIANE RYLAND, TARA SAYERS, NICHOLAS SHELDON, LISA TAYLOR-AUSTIN, ROBERT THOMPSON, and RANDY VANDERLINDE, individually and on behalf of all themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, OPTUM, INC., OPTUMINSIGHT, INC., and CHANGE HEALTHCARE INC.,<br><br>*Defendants*. | Civil Action No. ________________ |

**NOTICE OF REMOVAL**

Defendants UnitedHealth Group Incorporated, OptumInsight, Inc., Change Healthcare Inc., and Optum, Inc. ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the Circuit Court of Davidson County, to the United States District Court for the Middle District of Tennessee. As its reasons for removal, Defendants state:

## BACKGROUND

1. By Summons and Complaint, Plaintiffs Janice Ainsworth, Quinetta Bell, Leslie Bower, Yolando Bradford, David Brown, Michele Cain, Mark Camplese, Chris Cassil, Jessica Conn, Carra Conners, Lew Diggs, Michelle Durden, Robert Gray, Hebatullah Issa, Judy Kisling Jennifer Marino, Jeremy Meyer, Anthony McGinty, Jermise Medina, Amogh Rajan, David Ramirez, Shannon Robertson, Diane Ryland, Tara Sayers, Nicholas Sheldon, Lisa Taylor-Austin, Robert Thompson, And Randy VanderLinde, individually and on behalf of all themselves and all others similarly situated, ("Plaintiffs") commenced a civil action against Defendants in the Circuit Court of Davidson County, Tennessee, titled *Janice Ainsworth v. UnitedHealth Group Incorporated, et al.*, Case No. 26C513 filed on February 20, 2026 (the "State Court Action"). A true and accurate copy of the Summons and Complaint that Plaintiff caused to be served upon Defendants is attached as **Exhibit A** and constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[1]

2. Defendants waived service of the Summons and Complaint in the State Court Action on May 21, 2026. The instant Notice of Removal is being filed within thirty (30) days of the service date. 28 U.S.C. § 1446(b).

3. Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

[1] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

## DIVERSITY JURISDICTION

4. This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

5. This Court has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the class (Plaintiff) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

6. Plaintiff Janice Ainsworth alleges she is a citizen of Oregon. (Compl. ¶ 59).

7. Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

8. Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

9. Defendant Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

10. Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

11. As stated above, Plaintiff Janice Ainsworth alleges she is a citizen of Oregon, while Defendants are citizens of Delaware and Minnesota. Thus, at least minimum diversity exists.

12. The Complaint alleges that "[w]hile the exact number of Class members is unknown to Plaintiffs, Defendants have confirmed that the Class consists of over one-hundred million United States residents residing in each State, totaling over one-third of the United States." Compl ¶ 223. Thus, the number of members of the proposed class is greater than 100.

13. Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that Defendants "held [] millions (if not billions) of dollars that should have been paid out for expenses incurred by Plaintiffs and Class members in their cash reserves," Compl. ¶ 96, and Defendants "reported that the business disruptions caused by the Ransomware Attack had a positive $48 million tax effect, with an estimated benefit of $70 to $90 million in year-end impact." Compl. ¶ 98. Furthermore, Plaintiffs seek "an award of actual damages, compensatory damages, statutory damages, and statutory penalties" and "five years of credit monitoring services for Plaintiffs and the Class." Compl. ¶ 865. Since Plaintiff seeks to represent a nationwide class, the amount in controversy exceeds $5,000,000.

14. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

## **RESERVATION OF RIGHTS AND DEFENSES**

15. Defendants reserve any and all defenses, including, but not limited to, those under Federal Rule of Civil Procedure 12, and does not waive said defenses by the filing of the Notice of Removal.

16. Defendants do not admit any of the allegations in Plaintiffs' Complaint, and do not concede that Plaintiffs are entitled to any relief.

17. Defendants reserve the right to amend or supplement the Notice of Removal as necessary.

**REMOVAL TO THIS DISTRICT IS PROPER**

18. This Notice of Removal is being filed in the Middle District of Tennessee, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. § 1391 and 28 U.S.C. §§ 1441(a) and 1446(a).

19. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the Middle District of Tennessee.

Dated: May 22, 2026

Respectfully submitted,

*/s/ E. Todd Presnell*

E. Todd Presnell (BPR 017521)
Andrew W. Tao (BPR 041344)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
T. (615) 252-2355
F. (615) 252-6355
tpresnell@bradley.com
atao@bradley.com

*Counsel for Defendants UnitedHealth Group Incorporated, OptumInsight, Inc., Change Healthcare Inc., and Optum, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to the following parties:

R. Burke Keaty, II
MORGAN AND MORGAN, P.A.
150 4th Ave North, Suite 300
Nashville, Tennessee 37219
(615) 514-4205
bkeaty@forthepeople.com

Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
khriebel@locklaw.com

Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
100 Washington Avenue S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7900
bbleichner@chestnutcambronne.com

Brian C. Gudmundson
ZIMMERMAN REED LLP
1100 IDS Center
Minneapolis, MN 55402
Telephone: (612) 341-0400
Brian.Gudmundson@zimmreed.com

Dated: May 22, 2026

*/s/ E. Todd Presnell*
E. Todd Presnell